|   |   |
|---|---|
| RICARDO LEVON STRONG, | Case No. 5:19-00341 DMG (ADS) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION PURSUANT TO REQUEST TO VOLUNTARILY DISMISS** |
| DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

On February 22, 2019, Plaintiff Ricardo Levon Strong, then a prisoner at the Valley State Prison, filed a Complaint alleging violations under 42 U.S.C. § 1983. [Doc. # 1.] On July 19, 2019, the Court dismissed the Complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint by no later than August 9, 2019. [Doc. # 7.] On August 15, 2019, Plaintiff filed a document titled "I Want to Withdraw My Claim." [Doc. # 9.]

Based on Plaintiff's request to voluntarily dismiss, this action is hereby dismissed without prejudice. Judgment is to be entered accordingly.

**IT IS SO ORDERED**.

DATED: December 26, 2019

_____
DOLLY M. GEE
United States District Judge

Presented by:

____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge