JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO LEVON STRONG,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　　Defendants. | Case No. 5:19-00341 DMG (ADS)<br><br>**JUDGMENT** |

　　　Based on the Court's Order Dismissing Action Pursuant to Request to Voluntarily Dismiss, IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 26, 2019

　　　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　United States District Judge